UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**RESULTS TECHNOLOGY GROUP, LLC**

Defendant.

Civil No. 01-98 RHK/JMM

**STIPULATION AND ORDER FOR DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiff and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, pursuant to the release and satisfaction executed by the parties.

Date: March 14 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu

Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

MAR 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: March 19 2001

PETER C. BREHM & ASSOCIATES, PSC

By ______________________

Peter C. Brehm
Atty. Reg. No. 275979
6542 Regency Lane, Suite 206
Eden Prairie, MN 55344
Telephone: (952) 903-9224

ATTORNEY FOR DEFENDANT

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 3/21/01

Richard H. Kyle
Judge of District Court